1010

No. 81–2159. SILKWOOD, ADMINISTRATOR OF THE ES-TATE OF SILKWOOD v. KERR-MCGEE CORP. ET AL. C. A. 10th Cir. [Probable jurisdiction postponed, 459 U. S. 1101.] Motion of the parties to dispense with printing the joint appendix granted.

No. 82–849. UNITED STATES v. MENDOZA. C. A. 9th Cir. [Certiorari granted, 459 U. S. 1169.] Motion of the parties to dispense with printing the joint appendix granted.

No. 82–1305. BLACKSTONE CO. v. NATIONAL LABOR RE-LATIONS BOARD. C. A. 3d Cir. Motion of petitioner to consolidate this case with No. 82–168, *National Labor Relations Board* v. *Transportation Management Corp.* [certiorari granted, 459 U. S. 1014], denied.

No. 82–6080. BAREFOOT v. ESTELLE, DIRECTOR, TEXAS DEPARTMENT OF CORRECTIONS. C. A. 5th Cir. [Certiorari granted, 459 U. S. 1169.] Motion of petitioner for leave to proceed *in forma pauperis* granted.

No. 82–6181. IN RE ROSS; and
No. 82–6182. IN RE PATTERSON. Petitions for writs of habeas corpus denied.

No. 82–6033. IN RE REITER. Petition for writ of mandamus denied.

No. 82–912. FEDERAL COMMUNICATIONS COMMISSION v. LEAGUE OF WOMEN VOTERS OF CALIFORNIA ET AL. Appeal from D. C. C. D. Cal. Further consideration of question of jurisdiction postponed to hearing of case on the merits. Reported below: 547 F. Supp. 379.

No. 82–973. IMMIGRATION AND NATURALIZATION SERV-ICE v. STEVIC. C. A. 2d Cir. Certiorari granted. Reported below: 678 F. 2d 401.